UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONLEY PRINTING, ET AL. | : | |
| | : | |
| v. | : | CASE NO. 3:05cv276 (SRU) |
| | : | |
| STORA ENSO NORTH AMERICA, ET AL., | : | |

**ORDER**

This case is hereby made part of MDL Docket 1631 In Re Publication Paper Antitrust Litigation.

Counsel are instructed to familiarize themselves with all orders and notices issued in 04md1631, notably including the Practice and Procedure Order (doc. #11), the notice and order concerning possible recusal (doc. #12) and Practice and Procedure Order No. 2 (doc. #47).

It is so ordered.

Dated at Bridgeport, Connecticut, this 24th day of February, 2005.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge